IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Torre Damio Sanders, Jr., <br><br> Petitioner, <br><br> v. <br><br> Attorney General of the State of Arizona, et al., <br><br> Respondents. | No. CV-19-05633-PHX-NVW (DMF) <br><br> **ORDER** <br> **and** <br> **DENIAL OF CERTIFICATE OF APPEALABILITY AND IN FORMA PAUPERIS STATUS** |

Pending before the court is the Report and Recommendation ("R&R") of Magistrate Judge Fine (Doc. 23) regarding petitioner's Amended Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 13). The R&R recommends that the Petition be dismissed without prejudice. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 11) (citing Rules 6, 72), Federal Rules of Civil Procedure; 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*)). Petitioner filed objections on June 12, 2020 (Doc. 24).

The Court has considered the objections and reviewed the Report and Recommendation de novo. See Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The Court agrees with the Magistrate Judge's determinations, accepts the recommended decision within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections. See 28 U.S.C. §

636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

IT IS THEREFORE ORDERED that Report and Recommendation of the Magistrate Judge (Doc. 23) is accepted.

IT IS FURTHER ORDERED that the Clerk of the Court enter judgment dismissing petitioner's Amended Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 13) without prejudice. The Clerk shall terminate this action.

A request for a certificate of appealability will be denied because dismissal of the Petition is justified by a plain procedural bar and reasonable jurists would not find the procedural ruling debatable..

Dated this 16th day of June, 2020.

_____
Neil V. Wake
Senior United States District Judge